**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| **Plaintiff,** | Case No. 3:06-CV-327 |
|  | Case No. 3:03-CR-017 |
| -vs- |  |
|  | **District Judge Thomas M. Rose** |
| **CHARLES HARDEN** | **Magistrate Judge Sharon L. Ovington** |
| **Defendant.** |  |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE ( CASE 3:06-CV-327, DOC. #130; CASE 3:03-CR-17, DOC.#133), OVERRULING DEFENDANT'S OBJECTIONS ( CASE 3: 06-CV-327, DOC. #131; CASE 3:03-CR-17, DOC. # 134), ORDERING DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE (CASE 3:06-CV-327, DOC.# 127) BE DISMISSED, DENYING DEFENDANT'S MOTION FOR DISCOVERY (CASE 3:03-CR-17, DOC.# 132) AS MOOT, AND CERTIFYING THAT PURSUANT TO 18 U.S.C. 1915(a) THAT AN APPEAL OF THIS ORDER WOULD NOT BE TAKEN IN GOOD FAITH DENYING DEFENDANT'S  LEAVE TO APPEAL *in forma pauperis;*  TERMINATION ENTRY**

This matter comes before the Court pursuant to Objections (Case 3:06-CV-327, Doc. #131;Case 3:03-CR-17, Doc.# 134) to the Report and Recommendations of  Magistrate Judge Sharon Ovington (Case 3:06-CV-327, Doc.#130; Case 3:03-CR-17, Doc.# 133) recommending that Defendant's Motion to Vacate, Set Aside or Correct Sentence (Case 3:06-CV-327, Doc.# 127) be dismissed as well as Defendant's Motion for Discovery (Case C:03-CR-17 Doc.# 132).

The Court has reviewed the comprehensive findings of the Magistrate Judge and pursuant to 28 U.S.C. Section 636(b) and Fed. R. Civ. P. 72(b), this Court has made a de novo

review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Case 3:06-CV-327, Doc.# 131; C:03-CR-17: Doc.# 133) are not well-taken and are hereby OVERRULED.

The Court ADOPTS the Report and Recommendations (Case 3:06-CV-327, Doc. #130; 3:03-CR-17, Doc.#133) in it's entirety Ordering that Defendant's Motion to Vacate, Set Aside or Correct Sentence (Case 3:06-CV-327, Doc.#127) be DISMISSED, that Defendant's Motion for Discovery (Case 3:03-CR-17, Doc. # 132 ) be DENIED as moot, and CERTIFYING that an appeal of this order would not be taken in good faith and therefore DENYING Defendant's leave to appeal *in forma pauperis.*

This case is TERMINATED on the docket of this Court.

May 24, 2007               **s/THOMAS M. ROSE**

                                    _____
                                         THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE